[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 149.]

FOLGER, APPELLANT, *v.* STATE FARM MUTUAL INSURANCE COMPANY, APPELLEE.

[Cite as *Folger v. State Farm Mut. Ins. Co.*, 1998-Ohio-568.]

*Appeals—Judgment reversed and cause remanded.*

(No. 98-652—Submitted August 19, 1998—Decided September 16, 1998.)

APPEAL from the Court of Appeals for Greene County, No. 97-CA-48.

————————————

*Altick & Corwin Co., L.P.A.,* and *Thomas M. Baggott*, for appellant.

*Freund, Freeze & Arnold, L.P.A.*, and *Gordon D. Arnold*, for appellee.

————————————

{¶ 1} The discretionary appeal is allowed, the judgment of the court of appeals is reversed, and the cause is remanded to the trial court for further proceedings on the authority of *Ross v. Farmers Ins. Group of Cos.* (1998), 82 Ohio St.3d 281, 695 N.E.2d 732.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————